UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMI MEHOVIC, INDIVIDUALLY and d/b/a EDDIE'S AFTER HOURS BAR and GRILL ; and EDDIES AFTER HOURS BAR AND GRILL LLC, an business entity d/b/a EDDIE'S AFTER HOURS BAR and GRILL, <br><br> Defendants. | Case No. 1:12-cv-267 |

## CONSENT JUDGMENT

NOW COME the Plaintiff, Joe Hand Promotions, Inc., and Defendant, Eddie's After Hours Bar and Grill, LLC, agreeing that judgment shall be entered in this case, as evidenced by the signatures below.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment be rendered in favor of the Plaintiff Joe Hand Promotions, Inc., and against the Defendant Eddie's After Hours Bar and Grill LLC, for the sum of Twenty Thousand Dollars ($20,000.00).

SO ORDERED, this __21__ day of September, 2013.

Martin Reidinger, Judge
U. S. District Court
Western District of North Carolina

CONSENTED TO:

_____  Dated: 8/19/13
Jeremy T. Browner, Esq. (38941)
Attorneys for Plaintiff
1709 Legion Rd., Ste. 215
Chapel Hill, NC 27517-2374
919.537.8039 Tel
919.869.1668 Fax.
jb@brownerlaw.com


_____  Dated: 08-19-2013
T. Shawn Howard, attorney
Maginnis Law, PLLC
19 West Hargett Street, Suite 906
Raleigh, NC 27601
(919) 480-8526
(919) 882-8763 (fax)
tshoward@maginnislaw.com


_____  Dated: 08-15-13
By: Sami Mehovic, Member
Eddies After Hours Bar and Grill LLC